FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

(Last Name) **JONES**   (Identification Number) **N/A**

(First Name) **ANTHONY**   (Middle Name) **CALVIN**

(Institution) / (Address) **2109 Jesse Hall Rd. Magnolia MS. 39652**

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: **5:14cv22 DCB MTP**

(to be completed by the Court)

**Pike County Sherriff Department**

_____

_____

(Enter the full name of the defendant(s) in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 07 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complaint of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: ANTHONY JONES    Prisoner Number: N/A

Address: 2109 Jesse Hall Rd Magnolia, MS 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: MARK SHEPARD    is employed as SHERRIF

at 2109 Jesse Hall Rd Magnolia, MS 39652

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ANTHONY JONES

ADDRESS: 2109 Jesse Hall Rd Magnolia, MS 39652

DEFENDANT(S):

NAME: MARK SHEPARD

ADDRESS: 2109 Jesse Hall Rd Magnolia, MS 39652

# OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
    1. Parties to the action:_____

    2. Court (if federal court, name the district; if state court, name the county):_____

    3. Docket Number:_____

    4. Name of judge to whom case was assigned:_____

    5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

CASE NUMBER 2.
    1. Parties to the action:_____

    2. Court (if federal court, name the district; if state court, name the county):_____

    3. Docket Number:_____

    4. Name of judge to whom case was assigned:_____

    5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

IM A COUNTY INMATE IN THE PIKE COUNTY JAIL AT 2109 Jesse Hall Rd MAGNOLIA, MS 39652 AND I WAS SERVERLY STABED BY A STATE INMATE, WHICH WE HAD NO BUISNES BEING HOUSED TOGETH WHAT SO EVER BY PUTTING ME IN THE SAME ZON WITH STATE INMATES THAT PUT MY LIFE IN DANGER.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE 250,000 FOR MY PAIN AND SUFFERING AT THE HANDS OF THE PIKE COUNTY JAIL ADMINISTRATION

Signed this **1** day of **MARCH**, 20**14**.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

X _____
Signature of plaintiff