MR. Anthony Jones
2109 Jesse Hall RD
Magnolia, MS. 39652

"Legal"
Mail

Pike County Jail

US District Court
501 E. Court St. Suite 2500
Jackson, Mississippi 39201

RECEIVED
MAR 07 2014
Clerk, U.S. District Court
Southern District of Miss.

USA FIRST-CLASS FOREVER