UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

# NOTICE OF ASSIGNMENT

Case filed: __March 7, 2014__

Your case against __Pike County Sheriff's Department and Mark Shepard__ has been assigned Civil Action No. __5:14-cv- 22- DCB-MTP__ and has been referred to the following District Judge and Magistrate Judge:

### District Judge

- ☐ Henry T. Wingate
- ☐ Louis Guirola, Jr.
- ☐ Keith Starrett
- ☐ Daniel P. Jordan, III
- ☐ Sul Ozerden
- ☐ Carlton W. Reeves
- ☐ Dan M. Russell, Jr. (Senior Judge)
- ☐ Walter Gex, III (Senior Judge)
- ☐ William H. Barbour, Jr. (Senior Judge)
- ☒ David Bramlette, III (Senior Judge)
- ☐ Tom S. Lee (Senior Judge)

### Magistrate Judge

- ☐ John M. Roper
- ☐ Robert H. Walker
- ☒ Michael T. Parker
- ☐ Linda R. Anderson
- ☐ F. Keith Ball

### Division

Clerk's Office, **Western Division**
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201

**It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.**

**If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope. If you do not send an extra copy of the documents and a stamped self-addressed envelope, this Court will be unable to return a copy to you.**

**NOTICE FOR CHANGE OF ADDRESS:** When there is a change of address for the plaintiff, the plaintiff must notify this Court in writing in a separate document with the following specific information: (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP
01/2010-g:\prose\lists\Notice of Assignment